ORIGINAL

FILED
2021 Nov-19 PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**LARRY FLAKE** | **CRIMINAL COMPLAINT**<br>*[Sealed]*<br><br>CASE NUMBER: IP 03-0143M-01 (4/3) |

I, Neal O. Freeman, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.  Beginning in August 2001, and continuing through the present, from Wayne County, in the Southern District of Indiana defendant did, (Track Statutory Language of Offense)

move or travel in interstate or foreign commerce with intent to avoid prosecution for a felony offense under the law of the State of Indiana.

in violation of Title 18, United States Code, Section 1073 .  I further state that I am a Special Agent and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof.

_____
Neal O. Freeman, Special Agent, FBI

Sworn to before me, and subscribed in my presence

| | |
|---|---|
| December 19, 2003<br>**Date** | at Indianapolis, Indiana<br>**City and State** |
| Kennard P. Foster, U.S. Magistrate Judge<br>**Name and Title of Judicial Officer** | _____<br>**Signature of Judicial Officer** |

/

## AFFIDAVIT

I, Neal O. Freeman, being duly sworn depose and state as follows:

1. I am and have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for six years. I am currently assigned to the Muncie, Indiana, office of the FBI. My duties are to investigate a wide variety of violations of federal criminal law. The information and facts set forth in the paragraphs below are either known to me personally or reported to me by the persons referred to in the following paragraphs.

2. As set forth in the following paragraphs, information obtained during the course of this investigation has given me probable cause to believe that Larry Flake has committed the offense of Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code Section 1073.

3. In August 2001, Larry Flake was convicted in Wayne County, Indiana, of the felony offense of Sexual Misconduct with a Minor. He also was found to be a habitual offender under Indiana law. In connection with his pre-trial release in that case, Flake obtained a bail bond through the Randy Hughey Bonding Agency. Flake provided Hughey with the address of 20090 Glastenburg, Detroit, Michigan. Marvarene Washington, who resides in Detroit, Michigan, was the indemnitor on Flake's bond. Flake did not appear for his sentencing.

4. On August 30, 2001, an arrest warrant for Larry Flake was filed in Wayne Circuit Court for one count of Failure to Appear under Cause Number 89C01-0001-CF-004, in violation of Indiana Code 35-44-3-6, a felony in the state of Indiana. Law enforcement authorities have not been able to locate Flake.

5. Hughey is conducting an investigation to locate Flake and has learned the following. Some of Flake's relatives told him that Flake returned to the Detroit area in August 2001. Associates of Flake who live in Indianapolis have told Hughey that they have not seen him since February 2000. Relatives have told Hughey they believe Flake is not in Indiana. Other relatives have told Hughey that they do not know where Flake may be found. From additional interviews conducted during his investigation, Hughey learned that Flake was seen in Indianapolis in or about February 2003 as he was traveling from Michigan to Mississippi. Officers with the Marion County Sheriff's Department have told Hughey that they have not been able to locate Flake. Finally, Hughey has not been able to find any evidence that Flake is residing in Indiana.

I swear under penalty of perjury that the foregoing is true.

_____
Neal O. Freeman
F.B.I. Special Agent

Subscribed and sworn to before me in Indianapolis, Indiana, this 19th day of December, 2003.

_____
Kennard P. Foster
U.S. Magistrate Judge
Southern District of Indiana